NUMBER 13-04-474-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

PHOENIX MANAGEMENT, INC.,                                         Appellant,

v.

C C DISTRIBUTORS, INC.,                                                  Appellee.
___________________________________________________________________

On appeal from the 148th District Court 
of Nueces County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Garza
Memorandum Opinion Per Curiam

         Appellant, PHOENIX MANAGEMENT, INC., perfected an appeal from a
judgment entered by the 148th District Court of Nueces County, Texas, in cause
number 03-6549-E. After the record was filed, the parties filed a joint notice of
settlement and motion for remand. In the motion, the parties state that they have
settled the matters on appeal. The parties request that this Court vacate the judgment
of the trial court and remand the case to the trial court for further proceedings in
accordance with the parties’ settlement agreement. The parties further request that
this Court enter an order directing the District Clerk of Nueces County to disburse the
cash funds deposited by appellant in lieu of supersedeas bond as follows: (1)
$992,314.12 to the order of First National Bank of Edinburg fbo C C Distributors, Inc.,
to be delivered to counsel for appellee, Mr. C. M. (Skip) Henkel, 500 North Shoreline,
Suite 901, Corpus Christi, Texas 78471; and (2) the remaining funds to Phoenix
Management, Inc., to be delivered to counsel for appellant, Mr. Russell Manning, 711
N. Carancahua St., Suite 1810, Corpus Christi, Texas 78475. The parties have also
filed a joint motion for immediate issuance of the mandate in this cause.
         The Court, having examined and fully considered the documents on file and the
parties’ joint motions, is of the opinion that the motions should be granted. The joint
motions for remand and for immediate issuance of mandate are granted. The
judgment of the trial court is hereby VACATED, and the cause is REMANDED to the
trial court for entry of judgment in accordance with the parties’ settlement agreement. 
It is further ORDERED that the District Clerk of Nueces County disburse the cash funds
deposited by appellant in lieu of supersedeas bond in accordance with the parties’
settlement agreement.  
                                                      PER CURIAM
Memorandum Opinion delivered and filed this
the 3rd day of February, 2005.